Argued and submitted December 21, 1990, conviction affirmed, probation condition 2
vacated; remanded for resentencing January 23, 1991

STATE OF OREGON,
*Respondent,*

*v.*

CONRAD HANCKE,
*Appellant.*

(88 CR 0548; CA A63015)

803 P2d 784

Jesse Wm. Barton, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Janet A. Klapstein, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

**PER CURIAM**

The trial court imposed a condition of probation that defendant submit his "person, residence, vehicle or property to a search by a Probation officer." The condition was not limited to searches based on "reasonable grounds to believe such search will disclose evidence of a probation violation," as required by ORS 137.540. The state concedes that the condition is invalid, and we agree.

Conviction affirmed; probation condition 2 vacated; remanded for resentencing.